FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/14/2015 12:29:57 PM

CHRISTOPHER A. PRINE
Clerk

# TAB 17

NO. 427,208

| IN RE: GUARDIANSHIP OF | § | IN PROBATE COURT NO. 1 |
|---|---|---|
| | § | |
| RUBY PETERSON, | § | OF |
| | § | |
| AN INCAPACITATED PERSON | § | HARRIS COUNTY, TEXAS |

## ORDER OF TRANSFER

On this day, the Court considered David Peterson and Carol Manley's Motion to Transfer Lawsuit Pursuant to Texas Estates Code Sections 1022.005 and 1022.007 and, after considering the Motion, any responses, the pleadings, and the arguments of counsel, the Court finds and orders that:

1. It has jurisdiction over the Guardianship of Ruby Peterson, an incapacitated person;

2. The subject matter of the lawsuit pending in the 129th Judicial District of Harris County, Texas under Cause No. 2014-40980; *Ruby S. Peterson, Mackey ("Mack") Glen Peterson, Don Leslie Peterson, Lonny Peterson v. Carol Anne Manley and David Peterson, Silverado Senior Living Care Facility, Tanna McMillan, Linda Lavinson, Dr. Rebecca Clearman* ("District Court Proceeding") concerns matters related to the guardianship proceeding pending in this Court under Cause No. 427,208 ("Guardianship Proceeding"); and

3. The Motion should be granted and the District Court Proceeding should be transferred to this Court, as further described below.

It is therefore,

ORDERED, that under Section 1022.007 of the Texas Estates Code, the case known as *Ruby S. Peterson, Mackey ("Mack") Glen Peterson, Don Leslie Peterson, Lonny Peterson v. Carol Anne Manley and David Peterson, Silverado Senior Living Care Facility, Tanna McMillan, Linda Lavinson, Dr. Rebecca Clearman*, pending in the 129th Judicial District of Harris County,

070200/000001
376 - 1130731v1

Texas under Cause No. 2014-40980 and any and all other sub-docket cases under that cause number, are hereby transferred to Probate Court No. 1 of Harris County, Texas; the new cause in this Court shall be styled: *In re: Guardianship of Ruby Peterson, as incapacitated person*, shall be assigned Cause No. 427,208-401 in Probate Court No. 1 of Harris County, Texas; and all claims, cross-claims, counterclaims, and interventions in the Travis County Suit shall be styled and referred in the manner described above. It is further,

ORDERED, that the Clerk of the Judicial District Court of Harris County, Texas, shall prepare certified copies of all documents contained in the District Court's file in the District Court Proceeding and shall deliver the documents under the Clerk's seal to the Clerk of the Harris County Probate Court for inclusion in the Court files of the new transferred cause, and that a certified copy of this Order shall be filed in the Harris County District Court to complete the files of the District Court Proceeding and to further show that the District Court Proceeding is closed. *It is further,*

SIGNED on this 25th day of __July__, 2014.

_____
JUDGE PRESIDING

*ORDERED that the temporary injunction hearing currently scheduled to begin at 3:30 p.m. in the 129th Judicial District Court shall instead begin at 11:00 a.m. in the Probate Court No. 1 of Harris County, Texas.*

2

070200/000001
376 - 1130731v1

Silverado Appx. 0111

No. 1-15-586-CV564

APPROVED AS TO FORM:

CRAIN, CATON & JAMES, P.C.

By: _____

Sarah Patel Pacheco
(State Bar #00788164)
spacheco@craincaton.com
Kathleen Tanner Beduze
(State Bar #24052205)
kbeduze@craincaton.com
1401 McKinney, Suite 1700
Houston, Texas 77010
Telephone: (713) 658-2323
Facsimile: 713 658-1921

*Attorneys for David Peterson and Carol Anne Manley*

3

070200/000001
376 - 1130731v1

Silverado Appx. 0112

No. 1-15-586-CV565

TAB 18

AMM

FILED
7/25/2014 10:58:28 AM
Stan Stanart
County Clerk
Harris County

DATA-ENTRY
PICK UP THIS DATE

PROBATE COURT 1

CAUSE NO. 427,208

| | | |
|---|---|---|
| IN THE GUARDIANSHIP OF | § | IN THE PROBATE COURT |
| RUBY PETERSON, PROPOSED | § | |
| WARD | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| | § | PROBATE COURT 1 |

## NOTICE OF NONSUIT OF APPLICATION
## FOR GUARDIANSHIP OF RUBY PETERSON, PROPOSED WARD

MACKEY ("MACK") GLEN PETERSON AND DON LESLIE PETERSON ("APPLICANTS") hereby file this NOTICE OF NONSUIT THEIR CLAIMS IN THIS GUARDIANSHIP APPLICATION FOR PROPOSED WARD, RUBY PETETERSON and notify this Honorable Judge of their intent to DISMISS THEIR APPLICATION FOR GUARDIANSHIP OF RUBY PETERSON, PROPOSED WARD, and request that this Honorable Judge enter appropriate ORDERS concluding this matter accordingly so that they may pursue claims asserted in Cause No. 2014-40980, MACK PETERSON, ET AL. VS. DAVID PETERSON, ET AL., which consist of claims for damages in tort and federal civil rights violations under Title II of the Americans with Disabilities Act of 1990 ("ADA"). PLAINTIFFS respectfully request that the Court dismiss their Application for Guardianship on this basis. Tex.R.Civ.P. 162 provides in relevant part: "At any time before the plaintiff has introduced all of his evidence other than rebuttal evidence, the plaintiff may dismiss a case, or take a nonsuit, which shall be entered in the minutes...."

The case law discussing Rule 162 clearly reflects that taking of a nonsuit does not necessitate the filing of any other pleadings or observing other technical rules, but merely

1

Silverado Appx. 0113

No. 1-15-586-CV558

requires the appearance before the court or clerk by a plaintiff, or intervenor, through its representative or attorney, and the transmittal to the clerk of the party's abandoning its claims. No particular procedure is required to take a nonsuit. Greenberg, 640 S.W.2d at 872; *Orion Investments, Inc. v. Dunaway & Associates, Inc.*, 760 S.W.2d 371, 373 (Tex.App.--Fort Worth 1988, writ denied). The Supreme Court has held that the rule is to be liberally construed in favor of the right to nonsuit, Greenberg, 640 S.W.2d at 872, and that it should not be given strict or technical construction. *Smith v. Columbian Carbon Co.*, 145 Tex. 478, 198 S.W.2d 727, 728 (1947). The rule is equally applicable to intervenors claiming affirmative relief. *Boswell, O'Toole, Davis & Pickering v. Townsend*, 546 S.W.2d 380, 381 (Tex.Civ.App.--Beaumont 1977, no writ). The Texas courts have uniformly held that presentation to the court of a nonsuit in some fashion and entry of that presentation upon the court's calendar ends the case with regard to any claims involving that party, except for claims for affirmative relief then pending against the nonsuiting party; no order ever need be entered. *Strawder v. Thomas*, 846 S.W.2d 51, 59 (Tex.App. —Corpus Christi 1992). MOVANTS request all other and further relief to which they may be justly entitled at law or in equity.

Respectfully,

**THE SCHWAGER LAW FIRM**

/s/ *Candice L. Schwager*
Candice L. Schwager
1417 Ramada Dr.
Houston, Texas 77062

2

Tel: (832) 315-8489
Fax: (713) 583-0355
schwagerlawfirm@live.com
ATTORNEY FOR MACK GLEN
PETERSON, AND DON LESLIE
PETERSON

**CERTIFICATE OF SERVICE**

I, CANDICE SCHWAGER, certify that all counsel of record have been served with the foregoing NOTICE OF DISMISSAL OF APPLICATION FOR GUARDIANSHIP this 25th day of July, 2014.

/s/ *Candice L. Schwager*

3

Silverado Appx. 0115

TAB 19

FILED
7/28/2014 9:26:52 AM
Stan Stanart
County Clerk
Harris County

PROBATE COURT 1

CAUSE NO. 427,208~~-101~~

| | | |
|---|---|---|
| RUBY S. PETERSON, Individually, | § | IN PROBATE COURT NO. 1 |
| MACKEY ("MACK") GLEN PETERSON | § | |
| PETERSON, Individually, Next Friend | § | |
| Attorney-in Fact for RUBY | § | |
| PETERSON, DON LESLIE PETERSON | § | |
| Individually, Next Friend, Attorney-in- | § | |
| Fact of RUBY S. PETERSON, LONNY | § | |
| PETERSON, Individually and Next Friend | § | |
| Of RUBY S. Peterson | § | |
| | § | |
| VS. | § | OF |
| | § | |
| CAROL ANNE MANLEY AND | § | |
| DAVID PETERSON, SILVERADO | § | |
| SENIOR LIVING CARE FACILITY | § | |
| TANNA MCMILLAN, | § | |
| LINDA LAVINSON, | § | |
| DR. REBECCA CLEARMAN | § | HARRIS COUNTY, TEXAS |

## DEFENDANTS' PLEA TO THE JURISDICTION, ORIGINAL ANSWER AND REQUEST FOR DISCLOSURE

Defendants, Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land, improperly named as Silverado Senior Living Care Facility ("**Silverado**"), Tanna McMillan "**McMillan**") and Linda Lavinson ("**Lavinson**") file this Original Answer to Plaintiffs' Mackey Glen Peterson, individually and as next friend of Ruby Peterson, Don Leslie Peterson, individually and as next friend of Ruby Peterson, and Lonny Peterson, individually and next friend of Ruby Peterson (collectively, "Plaintiffs" or "Petersons") Second Amended Original Petition and Jury Demand and, in support thereof, would respectfully show unto the Court as follows:

### PLEA TO THE JURISDICTION

1. Plaintiffs, Mackey Peterson, Don Peterson, and Lonny Peterson have brought suit as next friend of Ruby S. Peterson, but do not have authority and/or standing to bring such claims on

4841-9055-4140.1

Silverado Appx. 0116

behalf of Ruby Peterson as Ruby Peterson executed a durable power of attorney in favor of Carol Manley and David Peterson.

2.  Additionally, any documents relied upon by Plaintiffs for any alleged authority to act on behalf of Ruby Peterson were executed in late 2013 after Ruby Peterson had been declared to lack capacity to execute same.

3.  Standing is a constitutional prerequisite to filing suit. *Heckman v. Williamson Cty.*, 369 S.W.3d 137, 150 (Tex. 2012). A court does not have jurisdiction over a clima by a plaintiff who does not have standing to assert it. *Id.* A plea to the jurisdiction is proper to challenge a party's lack of standing. *M.D. Anderson Cancer Ctr. v. Novak*, 52 S.W.3d 704, 710-711 (Tex. 2001). The purpose of a plea to the jurisdiction is to dismiss a cause of action without regard to whether the claim has merit. *Bland Indep. Sch. Dist. v. Blue*, 34 S.W.3d 547, 554 (Tex. 2000). A plea to the jurisdiction challenges the trial court's subject matter jurisdiction to hear the case. *Id.* Subject matter jurisdiction is essential to the authority of a court to decide a case and is never presumed. *Tex. Ass'n of Bus. v. Tex. Air Control Bd.*, 852 S.W.2d 440, 443-44 (Tex. 1993). Plaintiff has the burden to allege facts affirmatively demonstrating that the trial court has subject matter jurisdiction. *Id.* at 446.

4.  Because it is clear from Plaintiff's pleadings and the evidence submitted with this motion that Plaintiffs lack standing, the Court does not have jurisdiction to hear Plaintiffs' claims, the Court must dismiss Plaintiffs' suit in its entirety

## GENERAL DENIAL

5.  Defendants generally deny the allegations contained in Plaintiffs' Original Petition as permitted by Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE and request that the Court require that Plaintiffs prove their causes of action by a preponderance of the credible evidence or such higher standard as may be applicable.

4841-9055-4140.1                    2

Silverado Appx. 0117

No. 1-15-586-CV814

## AFFIRMATIVE DEFENSES/DENIALS

6. Defendants deny that any action or inaction of Defendants was a proximate or producing cause of damages to Plaintiffs.

7. For further answer, Defendants would show that Plaintiffs lack standing to bring claims on behalf of Ruby Peterson.

8. For further answer, Defendants assert the defense of legal authority.

9. For further answer, Defendants assert the defense of justification.

10. For further answer, Defendants assert the defense of consent, effective consent and/or reasonable belief of consent

11. For further answer, Defendants deny that Defendants actions and/or inactions were extreme and outrageous.

12. For further answer, Defendants specifically deny that their conduct related to the transactions made the basis of this lawsuit were negligent, malicious, or wrongful such as to entitle Plaintiffs to recover exemplary or punitive damages.

13. For further answer, Defendants would show that Plaintiff's exemplary damages claim violates Defendants' right to protection from the imposition of excessive fines, as provided in TEX. CONST. art. I, §13, as well as the single-digit ratio between exemplary and compensatory damages set forth in *State Farm Mutual Auto Ins. Co. v. Campbell*, 538 U.S. 408 (2003), *Tony Gullo Motors I, L.P. v. Chapa*, 212 S.W.3d 299 (Tex. 2006), and their progeny.

14. For further answer, Defendants assert the defense of unclean hands.

15. For further answer, Defendants would show that Plaintiffs acted in such a way as to constitute estoppel, release and/or waiver.

4841-9055-4140.1

3

Silverado Appx. 0118

No. 1-15-586-CV815

16. For further answer, Defendants deny that they owed any common law, statutory or contractual duty to Plaintiffs for which they could possibly be liable in damages.

17. For further answer, Defendants reserve their right to amend this Original Answer as may be authorized by the Court, and as may be permitted by the Texas Rules of Civil Procedure.

## REQUEST FOR DISCLOSURE

18. Defendants hereby request Plaintiffs to provide all disclosures required by Rule 194.2 of the Texas Rules of Civil Procedure within thirty (30) days of service of this request

WHEREFORE, PREMISES CONSIDERED, Defendants, Silverado Senior Living, Inc. d/b/a Silverado Senior Living Sugar Land, Tana McMillon and Linda Lavinson, pray that this Court grant Defendants Plea to the Jurisdiction and dismiss Plaintiffs' claims, or in the alternative, Defendants pray that Plaintiffs take nothing by way of their suit against Defendants, and that Defendants be awarded taxable costs of Court and that the Court grant such other and further relief to which Defendants are justly entitled.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/S/ Josh K. Davis*

JOSH K. DAVIS
State Bar No. 24031993
JACOB M. STEPHENS
State Bar No. 24066143
Weslayan Tower, Suite 1400
24 Greenway Plaza
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile

**ATTORNEYS FOR DEFENDANTS,
SILVERADO SENIOR LIVING, INC. D/B/A
SILVERAO SENIOR LIVING SUGAR LAND,
TANA MCMILLON AND LINDA LAVINSON**

Silverado Appx. 0119

No. 1-15-586-CV816

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record via facsimile, hand delivery and/or certified mail, return receipt requested on this 28 day of July, 2014.

Candice L Schwager
The Schwager Law Firm
1417 Ramada Dr.
Houston, Texas 77062
*Attorney for Plaintiffs*

Sarah Patel Pacheco
Crain, Caton & James, PC
1401 McKinney Street
1700 Five Houston Center
Houston, Texas 77010
*Attorneys for Carol Manley and David Peterson*

Michael A. Hirsch
Schlanger Silver Barg & Paine, LP
109 Post Oak Lane, Suite 300
Houston, Texas 77024

Jill W. Young
MacIntyre, McCulloch, Stanfield & Young, LLP
2900 Weslayan, Suite 150
Houston, Texas 77027

W. Russ Jones
Underwood, Jones Scherrer & Malouf, PLLC
5177 Richmond Ave, Suite 505
Houston, Texas 77056

*/S/ Josh K. Davis*

_____

JOSH K. DAVIS

# TAB 20

FILED
7/28/2014 9:15:51 AM
Stan Stanart
County Clerk
Harris County

NO. 427,208

| IN RE: GUARDIANSHIP OF | § | PROBATE COURT NO. 1 |
| | § | |
| RUBY PETERSON, | § | |
| | § | |
| PROPOSED WARD | § | HARRIS COUNTY, TEXAS |

## PLAINTIFFS' NOTICE OF NONSUIT WITHOUT PREJUDICE OF ALL FEDERAL CLAIMS

W/C

MACKEY ("MACK") GLEN PETERSON, DON LESLIE PETERSON, AND LONNY PETERSON, SUE INDIVIDUALLY AND AS NEXT FRIEND OF RUBY PETERSON ("PLAINTIFFS") hereby give NOTICE OF NONSUIT of all claims having subject matter jurisdiction properly in federal court, including but not limited to claims for ILLEGAL DISCRIMINATION and RETALIATION under Title II of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. s 12101 et seq, Section 504 of the Rehabilitation Act of 1972 ("Section 504"), the First Amendment of the United States Constitution, 14th Amendment of the United States Constitution, the Olmstead Act, 42 U.S.C. s 1983, the Equal Protection Act, the Right to Privacy under Federal Law, 42 U.S.C. s 12203, Section 36.206 (Retaliation), 42 U.S.C. s 2000e, Section 36.208 (direct threat), 36.501 (private suits), and all other federal claims which were brought in this matter prior to transfer or afterwards or which might have been brought. PLAINTIFFS respectfully request that this Court grant all requested relief and all other and further relief to which they may be justly entitled at law or in equity.

Respectfully submitted

**THE SCHWAGER LAW FIRM**

1

st Amendment

s sig

Silverado Appx. 0121

No. 1-15-586-CV567

/s/ *Candice L. Schwager*
Candice L. Schwager
1417 Ramada Dr.
Houston, Texas 77062
Tel: (832) 315-8489
Fax: (713) 583-0355
schwagerlawfirm@live.com
ATTORNEY FOR MACK GLEN
PETERSON, LONNY PETERSON, AND
DON LESLIE PETERSON

## CERTIFICATE OF SERVICE

I, CANDICE SCHWAGER, certify that on this 24$^{8h}$ day of July, 2014, a true and correct copy of this NOTICE OF NONSUIT WITHOUT PREJUDICE OF FEDERAL CLAIMS was filed and served on all counsel of record as required by the Rules.

/s/ *Candice L. Schwager*

2

**RECORDER'S MEMORANDUM:**
At the time of recordation, this instrument was found to be inadequate for the best photographic reproduction because of illegibility, carbon or photo copy, discolored paper, etc. All blockouts, additions and changes were present at the time the instrument was filed and recorded.

Silverado Appx. 0122

# TAB 21

APPELLATE COURT CASE NO. 01-15-00567-CV & 01-15-00586-CV

TRIAL COURT CAUSE NUMBER 427,208 & 427,208-401

IN THE GUARDIANSHIP          *          IN THE PROBATE COURT OF

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 10:04:54 AM
CHRISTOPHER A. PRINE
Clerk

                             *

RUBY PETERSON,               *          HARRIS COUNTY, T E X A S

                             *

INCAPACITATED ADULT          *          COURT   NUMBER   (1)   ONE


MOTION FOR TEMPORARY INJUNCTION HEARING


        Came to be heard on this the 28th day of July, 2014, Motion for Temporary Injunction Hearing, in the above-entitled and numbered cause, and all parties appeared in person and/or being represented by Counsel of Record, before the Honorable Loyd Wright, Judge Presiding.


                    VOLUME _4_ OF _13_


                    O R I G I N A L

APPEARANCES

ATTORNEYS FOR PLAINTIFFS, MACKEY GLEN PETERSON, DON LESLIE PETERSON AND LONNY PETERSON:

Candice L. Schwager Leonard
State Bar No. 24003603
1417 Ramada Dr.
Houston, Texas 77062
Telephone: (832)315-0355

Philip Ross
State Bar No. 17304200
1006 Holbrook Rd.
San Antonio, Texas 78218-3325
Telephone:  (210) 326-2100

ATTORNEYS FOR DEFENDANTS, CAROL ANN MANLEY AND DAVID PETERSON, ATTORNEYS IN FACT FOR RUBY PETERSON, INDIVIDUALLY:

Sarah Patel Pacheco
State Bar No. 00788164
Kathleen Beduze
State Bar No. 24052205
1401 McKinney Street
1700 Five Houston Center
Houston, Texas 77010
Telephone:  713-658-2323

ATTORNEY FOR SILVERADO SENIOR LIVING CENTER SUGAR LAND:

Josh Davis
State Bar No. 24031993
Jacob Stephens
State Bar No.
Greenway Plaza, Suite 1400
Houston, TX 77046-2410
Telephone: (713)659-6767

GUARDIAN AD LITEM FOR RUBY PETERSON:

Ms. Jill Young
State Bar No. 00797670
2900 Weslayan, Suite 150
Houston, Tx 77027
Telephone:  713-572-2900

APPEARANCES
(continued)

ATTORNEY AD LITEM FOR RUBY PETERSON:

       Mr. Russ Jones
       State Bar No. 10968050
       5177 Richmond Ave, Suite 505
       Houston, Tx 77056-6775
       Telephone:  713-552-1144

CHRONOLOGICAL INDEX

Page

Attorneys' arguments on Motion to Transfer............. 5

Court recesses for the day............................ 39

Court Reporter's Certificate.......................... 40

Silverado Appx. 0126

# TAB 22

APPELLATE COURT CASE NO. 01-15-00567-CV AND 01-15-00586-CV

TRIAL COURT CASE NO. 427,208 AND 427,208-401

IN THE GUARDIANSHIP   *   IN THE PROBATE COURT OF

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 10:04:54 AM
CHRISTOPHER A. PRINE
Clerk

  * 

RUBY PETERSON,   *   HARRIS COUNTY, T E X A S

  * 

INCAPACITATED ADULT   *   COURT   NUMBER   (1)   ONE

MOTION FOR TEMPORARY INJUNCTION HEARING

Came to be heard on this the 29th day of July, 2014, Motion for Temporary Injunction Hearing, in the above-entitled and numbered cause, and all parties appeared in person and/or being represented by Counsel of Record, before the Honorable Loyd Wright, Judge Presiding.

VOLUME  5  OF  13 

O R I G I N A L

APPEARANCES


ATTORNEYS FOR PLAINTIFFS, MACKEY GLEN PETERSON, DON LESLIE PETERSON AND LONNY PETERSON:

       Candice L. Schwager Leonard
       State Bar No. 24003603
       1417 Ramada Dr.
       Houston, Texas 77062
       Telephone: (832)315-0355

       Philip Ross
       State Bar No. 17304200
       1006 Holbrook Rd.
       San Antonio, Texas 78218-3325
       Telephone:  (210) 326-2100

ATTORNEYS FOR DEFENDANTS, CAROL ANN MANLEY AND DAVID PETERSON, ATTORNEYS IN FACT FOR RUBY PETERSON, INDIVIDUALLY:

       Sarah Patel Pacheco
       State Bar No. 00788164
       Kathleen Beduze
       State Bar No. 24052205
       1401 McKinney Street
       1700 Five Houston Center
       Houston, Texas 77010
       Telephone:  713-658-2323


ATTORNEYS FOR SILVERADO SENIOR LIVING CENTER SUGAR LAND:

       Josh Davis
       State Bar No. 24031993
       Jacob Stephens
       State Bar No.
       Greenway Plaza, Suite 1400
       Houston, TX 77046-2410
       Telephone: (713)659-6767

   GUARDIAN AD LITEM FOR RUBY PETERSON:

       Jill Young
       State Bar No. 00797670
       2900 Weslayan, Suite 150
       Houston, Tx 77027
       Telephone:  713-572-2900

APPEARANCES
(continued)

ATTORNEY AD LITEM FOR RUBY PETERSON:

     W. Russ Jones
     State Bar No. 10968050
     5177 Richmond Ave, Suite 505
     Houston, Tx 77056-6775
     Telephone:  713-552-1144

CHRONOLOGICAL INDEX

                                                        Page

Attorneys' arguments.....................................  8

Witness Carol Jane Peterson

        Direct Examination by Mr. Ross.................... 12

        Cross-examination by Ms. Pacheco................. 38

        Cross-examination by Mr. Jones.................. 57

        Cross-examination by Mr. Davis.................. 69

        Redirect Examination by Mr. Ross................ 80

        Recross-examination by Ms. Pacheco.............. 87

Witness Mackey Glen Peterson

        Direct Examination by Mr. Ross.................. 88

Mr. Ross passes the witness............................. 128

Court takes a short recess............................. 128

        Continued Direct Examination by Mr. Ross........... 134

        Voir Dire Examination by Ms. Pacheco............... 141

        Cross-examination by Ms. Pacheco................. 145

        Cross-examination by Mr. Davis.................. 188

        Redirect Examination by Mr. Ross................ 197

        Recross-examination by Ms. Pacheco.............. 204

Defendant's Exhibits 1, 2 and 3 offered................ 206

Defendant's Exhibits 1, 2 and 3 admitted............... 206

Voir Dire Examination by Mr. Davis..................... 207

Plaintiff's Exhibit 1 offered.......................... 208

Plaintiff's Exhibit 1 admitted......................... 208

CHRONOLOGICAL INDEX

(continued)                                              Page

Plaintiff's Exhibit 2 offered........................... 208

Plaintiff's Exhibit 2 admitted......................... 209

Witness Donny Leslie Peterson

      Direct Examination by Mr. Ross..................... 211

Mr. Ross passes the witness............................. 232

Attorneys' discussions with the Court over doctors,

witnesses and scheduling................................ 232

Court recesses for the day.............................. 237

court reporter's certificate............................ 238

TAB 23

APPELLATE COURT CASE NO. 01-15-00567-CV AND 01-15-00586-CV

TRIAL COURT CASE NO. 427,208 AND 427,208-401

IN THE GUARDIANSHIP          *          IN THE PROBATE COURT OF

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 10:04:54 AM
CHRISTOPHER A. PRINE
Clerk

                             *

RUBY PETERSON,               *          HARRIS COUNTY, T E X A S

                             *

INCAPACITATED ADULT          *          COURT   NUMBER   (1)   ONE


            MOTION FOR TEMPORARY INJUNCTION HEARING


        Came to be heard on this the 30th day of July, 2014, Motion for Temporary Injunction Hearing, in the above-entitled and numbered cause, and all parties appeared in person and/or being represented by Counsel of Record, before the Honorable Loyd Wright, Judge Presiding.


                    VOLUME  6  OF   13


                 O R I G I N A L

APPEARANCES

ATTORNEYS FOR PLAINTIFFS, MACKEY GLEN PETERSON, DON LESLIE PETERSON AND LONNY PETERSON:

>        Candice L. Schwager Leonard
>        State Bar No. 24003603
>        1417 Ramada Dr.
>        Houston, Texas 77062
>        Telephone: (832)315-0355
>
>        Philip Ross
>        State Bar No. 17304200
>        1006 Holbrook Rd.
>        San Antonio, Texas 78218-3325
>        Telephone:  (210) 326-2100

ATTORNEYS FOR DEFENDANTS, CAROL ANN MANLEY AND DAVID PETERSON, ATTORNEYS IN FACT FOR RUBY PETERSON, INDIVIDUALLY:

>        Sarah Patel Pacheco
>        State Bar No. 00788164
>        Kathleen Beduze
>        State Bar No. 24052205
>        1401 McKinney Street
>        1700 Five Houston Center
>        Houston, Texas 77010
>        Telephone:  713-658-2323

ATTORNEY FOR DEFENDANT, SILVERADO SENIOR LIVING CENTER SUGAR LAND:

>        Josh Davis
>        State Bar No. 24031993
>        Jacob Stephens
>        State Bar No.
>        Greenway Plaza, Suite 1400
>        Houston, TX 77046-2410
>        Telephone: (713)659-6767

GUARDIAN AD LITEM FOR RUBY PETERSON:

>        Jill Young
>        State Bar No. 00797670
>        2900 Weslayan, Suite 150
>        Houston, Tx 77027
>        Telephone:  713-572-2900

APPEARANCES
(continued)

ATTORNEY AD LITEM FOR RUBY PETERSON:

      W. Russ Jones
      State Bar No. 10968050
      5177 Richmond Ave, Suite 505
      Houston, Tx 77056-6775
      Telephone:  713-552-1144

CHRONOLOGICAL INDEX

Page

Witness Donny Leslie Peterson

Cross-examination by Ms. Pacheco.................. 10

Defendant's Exhibit 4 offered and admitted............. 24

Cross-examination by Mr. Jones.................... 39

Defendant's Exhibit 8 thru 14 offered and admitted...... 62

Cross-examination by Mr. Davis.................... 65

Redirect Examination by Mr. Ross.................. 81

Ms. Pacheco offers all of her exhibits................. 94

Defendant's Exhibit 5 offered and admitted............. 94

Defendant's Exhibit 6 and 7 offered and admitted........ 94

Recross-examination by Ms. Pacheco................ 103

Redirect Examination by Mr. Ross.................. 113

Witness Tonya Peterson

Direct Examination by Mr. Ross.................... 115

Cross-examination by Ms. Pacheco.................. 145

Defendant's Exhibit 15 offered and admitted............. 151

Cross-examination by Mr. Davis.................... 161

Redirect Examination by Mr. Ross.................. 168

Defendant's Exhibit 8-A admitted...................... 174

Witness Chris Merkl, MD

Direct Examination by Ms. Pacheco.................. 178

Cross-examination by Mr. Jones.................... 209

Cross-examination by Ms. Schwager.................. 210

CHRONOLOGICAL INDEX

(continued)                                                    Page

        Redirect Examination by Ms. Pacheco............... 247

        Recross-examination by Mr. Jones.................. 249

        Recross-examination by Ms. Schwager............... 250

        Redirect Examination by Ms. Pacheco............... 251

Witness Tana Lee McMillan

        Cross-examination by Mr. Ross..................... 258

        Cross-examination by Ms. Pacheco.................. 273

Defendant's Exhibit No. 19 offered and admitted........ 276

Defendant's Exhibit No. 20 offered and admitted........ 276

Defendant's Exhibit No. 21 offered and admitted........ 277

Defendant's Exhibit No. 22 offered.................... 277

Defendant's Exhibit No. 22 admitted................... 278

Defendant's Exhibit No. 23 offered and admitted........ 279

        Recross-examination by Mr. Ross................... 284

Defendant's Exhibit No. 24 offered and admitted........ 293

Plaintiff's Exhibit No. 3 offered..................... 294

Court recesses for the day............................ 295

Court Reporter's Certificate.......................... 296

TAB 24

**4 2 7 2 0 8 - 4 0 1**

8/4/2014 10:38:17 AM
Chris Daniel - District Clerk Harris County
Envelope No. 2035330
By: Marcella Hill

Ruby Peterson, IP

CAUSE NO. 2014-40980

**PROBATE COURT 1**

| | | |
|---|---|---|
| RUBY S. PETERSON, MACKEY ("MACK") GLEN PETERSON, DON LESLIE PETERSON, LONNY PETERSON | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | OF HARRIS COUNTY TEXAS |
| | § | |
| CAROL ANNE MANLEY AND DAVID PETERSON, SILVERADO SENIOR LIVING CARE FACILITY, TANNA McMILLAN, LINDA LAVINSON, DR. REBECCA CLEARMAN | § | |
| | § | |
| Defendants. | § | 129TH JUDICIAL DISTRICT |

2014 SEP 19 PM 12: 45    FILED

## MOTION TO TRANSFER FROM DISTRICT COURT
## TO PROBATE COURT PURSUANT TO PROBATE COURT ORDER

TO THE HONORABLE JUDGE OF THIS COURT:

David Peterson and Carol Manley (collectively, "Movants") file this their Motion to Transfer this cause from District Court to Probate Court pursuant to a July 25, 2014 Transfer Order out of Probate Court No. 1 and respectfully show the following:

1.

On December 12, 2013, Plaintiffs Mackey Peterson and Donny Peterson filed their Original Petition for Appointment of Temporary and Permanent Guardian(s) of the Person and Estate of Ruby S. Peterson, for Declaratory Judgment, and for Alternative Relief, Temporary Restraining Order, Temporary Injunction and Permanent Injunction in Cause No. 427,208, *In the Guardianship of Ruby S. Peterson, an Incapacitated Person*, in Probate Court Number 1 of Harris County, Texas ("Guardianship Proceeding").

070200000001
130-1134854v1

Certified Document Number: 61827827 - Page 1 of 3

On July 18, 2014, Plaintiffs Mackey Peterson, Donny Peterson and Lonny Peterson filed their Emergency Temporary Restraining Order and Original Answer in this Court in Cause No. 2014-40980 ("District Court Proceeding").

On July 18, 2014, Movants filed their Response to Application for Emergency Temporary Restraining Order and Original Answer in the District Court Proceeding.

2.

Because this cause concerns matters related to the Guardianship Proceeding, by his July 25, 2014 Order, the Judge of Probate Court No. 1 transferred this cause from the 129th District Court to Probate Court No. 1. *See* July 25, 2014 Order, attached hereto as **Exhibit A** and incorporated by this reference.

3.

Movants respectfully request that this Court sign the attached order to complete the transfer of this cause to Probate Court No. 1, under Cause No. 427,208.

WHEREFORE, PREMISES CONSIDERED, David Peterson and Carol Manley, respectfully request that, in connection with the July 25, 2014 Transfer Order out of Probate Court No. 1, this Court complete that transfer process by signing the attached Order to send the entire cause of action under Cause No. 21014-40980 in the 129th Judicial District Court of Harris County, Texas, to Probate Court No. 1, under a Sub-Docket of Cause No. 427208-401; and for such other and further relief to which Movants may show themselves justly entitled.

070200/000001
136 - 1134834v1

2

Certified Document Number: 61827827 - Page 2 of 3

Respectfully submitted,

CRAIN CATON & JAMES, P.C.

By: _Kathleen Tanner Beduze_

SARAH PATEL PACHECO
(TBA #00788164)
KATHLEEN TANNER BEDUZE
(TBA #24052205)
1401 McKinney Street, Suite 1700
Houston, Texas 77010
(713) 658-2323
(713) 658-1921 (facsimile)

*Attorneys for Movants Carol Ann Manley
and David Peterson*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to:

Michael Hirsch
109 North Post Oak Lane, Ste 300
Houston, Texas 77024
Facsimile: 713-785-2091

Jill Young
Macintyre, McCulloch, Stanfield, Young, LLP
2900 Weslayan, Suite 150
Houston, Texas 77027
Facsimile: 713-572-2902

Candice Schwager
1417 Ramada Drive
Houston, Texas 77062
Facsimile: 713-583-0355

Russ Jones
Underwood, Jones, Scherrer & Malouf, PLLC
5177 Richmond Avenue, Suite 505
Houston, Texas 77056
Facsimile: 713-781-4448

Philip M. Ross
1006 Holbrook Road
San Antonio, TX 78218

via facsimile, e-file and/or certified mail, return receipt requested, on the 31st day of July, 2014.

_Sarah Patel Pacheco / KTB_
Sarah Patel Pacheco

070200-000001
130 - 1134854v1

3

Certified Document Number: 61827827 - Page 3 of 3

Silverado Appx. 0139



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   September 18, 2014

Certified Document Number:        61827827

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Silverado Appx. 0140

No. 1-15-567-CV **1055**

TAB 25

DATA ENTRY
PICK UP THIS DATE

FILED
8/7/2014 9:22:36 PM
Stan Stanart
County Clerk
Harris County

JAS

PROBATE COURT 1

NO. 427,208

| IN RE: GUARDIANSHIP OF | § | IN THE PROBATE COURT |
|---|---|---|
| | § | |
| RUBY PETERSON, | § | NUMBER ONE |
| | § | |
| PROPOSED WARD | § | HARRIS COUNTY, TEXAS |

CAUSE NO. 2014-40980

| MACKEY ("MACK") GLEN PETERSON, | § | IN THE DISTRICT COURT |
|---|---|---|
| PETERSON, Individually, Next Friend | § | |
| of RUBY PETERSON, DON LESLIE | § | |
| PETERSON, Individually and as Next | § | |
| Friend, of RUBY PETERSON, and | § | |
| LONNY PETERSON, Individually and | § | |
| Next Friend of RUBY S. PETERSON, | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| CAROL ANNE MANLEY, | § | |
| DAVID PETERSON, SILVERADO | § | |
| SENIOR LIVING CARE FACILITY, | § | |
| TANA MCMILLON, | § | |
| LINDA LAVINSON, DR. REBECCA | § | |
| CLEARMAN, DR. CHRIS MERKL § | | |
| Defendants. | § | 129TH JUDICIAL DISTRICT |

**PLAINTIFFS' 3RD AMENDED PETITION AND
CONTEST TO GUARDIANSHIP APPLICATION**

MACKEY ("MACK") GLEN PETERSON, LONNY PETERSON, AND DON LESLIE

PETERSON, INDIVIDUALLY AND AS NEXT FRIENDS/ ATTORNEY-IN FACT OF

RUBY PETERSON, ("PLAINTIFFS"), file this Sworn 3RD AMENDED PETITION against

1

Silverado Appx. 0141

DEFENDANTS, CAROL ANNE MANLEY, DAVID PETERSON, SILVERADO SENIOR LIVING ("SILVERADO"), ADMINISTRATOR TANNA MCMILLAN, LINDA LAVINSON, DR. CHRIS MERKYL AND DR. REBECCA CLEARMAN FALSE IMPRISONMENT, ASSAULT & BATTERY, CONSPIRACY & FRAUD, INVASION OF PRIVACY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, BREACH OF FIDUCIARY DUTY, AND BREACH OF TRUST. PLAINTIFFS seek actual and punitive damages, emergency injunctive relief against DEFENDANTS, constructive trust, suspension/removal of TRUSTEES, CAROL ANN MANLEY AND DAVID PETERSON, an order for accounting, removal of CAROL ANN MANLEY as Estate Administrator, as well as a declaratory judgment that DEFENDANTS' 1993 DURABLE POWER OF ATTORNEY was revoked effective November 15, 2013 by sworn notarized REVOCATION of RUBY PETERSON.

I.

## DECLARATORY JUDGMENT

PLAINTIFFS are entitled to declaratory judgment as a matter of law that the 1993 DURABLE POWER OF ATTORNEY APPOINTING CAROL MANLEY AND DAVID PETERSON was revoked as of November 15, 2013. Tex. Civ. Prac. & Rem. Code 37.001-37.005 et seq. **The Health and Safety Code, Section 166.155, permits even an incompetent person to revoke a DURABLE POWER OF ATTORNEY and the PARTIES concede that RUBY PETERSON signed a REVOCATION of CAROL ANN MANLEY AND DAVID PETERSON'S 1993 DURABLE POWER OF ATTORNEY on the 15th day of November, 2013. RUBY PETERSON had the legal right to revoke the prior 1993 POWER OF**

2

Silverado Appx. 0142

# TAB 26

APPELLATE COURT CASE NO. 01-15-00567-CV & 01-15-00586

TRIAL COURT CAUSE NUMBER 427,208 & 427,208-501

IN THE GUARDIANSHIP            *      IN  THE  PROBATE  COURT  OF

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/15/2015 10:04:54 AM
CHRISTOPHER A. PRINE
Clerk

                               *

RUBY PETERSON,                 *      HARRIS COUNTY, T E X A S

                               *

INCAPACITATED ADULT            *      COURT   NUMBER   (1)   ONE


MOTIONS FOR PSYCHIATRISTS TO EXAMINE ALLEGED

INCAPACITATED PERSON AND MOTION TO COMPEL AND

MOTION FOR SANCTIONS HEARING


Came to be heard on this the 8th day of August, 2014, Motions for Psychiatrists to Examine Alleged Incapacitated Person and Motion to Compel and Motion for Sanctions Hearing, in the above-entitled and numbered cause, and all parties appeared in person and/or being represented by Counsel of Record, before the Honorable Loyd Wright, Judge Presiding.


VOLUME _7_ OF _13_


O R I G I N A L

APPEARANCES

ATTORNEYS FOR PLAINTIFFS, MACKEY GLEN PETERSON, DON LESLIE PETERSON AND LONNY PETERSON:

      Candice L. Schwager Leonard
      State Bar No. 24003603
      1417 Ramada Dr.
      Houston, Texas 77062
      Telephone: (832)315-0355


ATTORNEY FOR DEFENDANTS, CAROL ANN MANLEY AND DAVID TROY PETERSON:

      Sarah Patel Pacheco
      State Bar No. 00788164
      1401 McKinney Street
      1700 Five Houston Center
      Houston, Texas 77010
      Telephone:  713-658-2323

ATTORNEY FOR SILVERADO SENIOR LIVING CENTER SUGAR LAND:

      Josh Davis
      State Bar No. 24031993
      Greenway Plaza, Suite 1400
      Houston, TX 77046-2410
      Telephone: (713)659-6767


ATTORNEY AD LITEM FOR RUBY PETERSON:

      W. Russ Jones
      State Bar No. 10968050
      5177 Richmond Ave, Suite 505
      Houston, Tx 77056-6775
      Telephone:  713-552-1144

CHRONOLOGICAL INDEX

Page

Attorneys' arguments on motions.........................    4

Court recesses for the day..............................   34

Court Reporter's Certificate............................   35